**Order entered July 27, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01285-CV

**ARUBA PETROLEUM, INC., Appellant**

**V.**

**LISA PARR, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01650-E**

## ORDER

We **GRANT** deputy court reporter Georgina E. T. Ware's July 22, 2015 request for extension of time to file the record of the hearing on appellant's motion for new trial to the extent we **ORDER** that record be filed no later than August 4, 2015.

/s/ CRAIG STODDART
   JUSTICE